**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

ALEXANDER CARTER (2017-0418233),

Plaintiff,

v.

COOK COUNTY, ILLINOIS, a municipal entity, OFFICE OF THE SHERIFF OF COOK COUNTY, ILLINOIS, an independently elected county office, and UNKNOWN COOK COUNTY CORRECTIONAL OFFICERS, REHABILITATION WORKERS and GRIEVANCE TEAM MEMBERS, in their individual capacities,

Defendants.

Case No. 19 C 8409

Hon. Robert Gettleman

TRIAL BY JURY

# FIRST AMENDED COMPLAINT

Plaintiff Alexander Carter ("Carter"), by and through his attorneys, brings this Complaint against Defendants Cook County, Illinois ("Cook County"), Office of the Sheriff of Cook County, Illinois ("Sheriff Office") and Unknown Correctional Officers, Rehabilitation Workers and Grievance Team Members, and for his causes of action, states as follows:

## INTRODUCTION

1. In the early morning of October 16, 2019, Carter was brutally beaten by his cellmate at Cook County Jail while he was conducting his Muslim prayer ("Incident"). More than two weeks prior to the Incident, Carter warned certain Cook County correctional officers and staff that his cellmate had threatened to beat him and formally requested that he be moved out of harm's way. These individuals knowingly and recklessly disregarded Carter's pleas for help and continued to keep him in a cell with his cellmate that was talking to himself had

repeatedly threatened him. Carter's formal grievance directed to Sergeant Fitzgerald was equally ignored.

2. Carter was rushed to John H. Stroger Jr. Hospital of Cook County for treatment and observation immediately following the Incident. As a result of the Incident, Carter sustained 8 stitches, swollen eyes, headaches and vision issues, the latter two which he still suffers from to this day. In fact, Carter was prescribed glasses for his vision issues following the Incident.

3. This lawsuit is brought pursuant to 42 U.S.C. § 1983 and state law.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1367(a) as Carter asserts claims under federal and state law.

5. Venue is proper under 28 U.S.C. § 1391(b) as Defendant Cook County is physically situated, and the events at issue occurred, in the judicial district for the Northern District of Illinois, Eastern Division.

## PARTIES

6. Carter is a 49 year old male who has been held as a pretrial detainee in the Cook County Jail since April 18, 2017. At all relevant times, Carter was housed in Division X.

7. Defendant Cook County is a county in the State of Illinois.

8. Defendant Sheriff's Office is an independently elected county office which is the custodian of and oversees the Cook County Department of Corrections, which in turn operates Cook County Jail. The Sheriff's Office has final policymaking authority over jail operations.

9. Unknown Correctional Officers, Rehabilitation Workers and Grievance Team Members were, at all relevant times, acting within the scope of their employment at the time of the events giving rise to the causes of action stated herein. All Unknown Correctional Officers,

Rehabilitation Workers and Grievance Team Members have acted and continue to act under the color of law in the State of Illinois at all relevant times.

## FACTUAL ALLEGATIONS

### *Division X*

10.     The Cook County Jail is separated into eleven divisions.  Division X, is a four-story maximum-security facility designed to hold more than 750 detainees.  In 2008, Division X was converted to accommodate detainees of all security level classifications.

11.     During the time and facts giving rise to the Incident, between September 2019 and the Incident, Carter was housed in Division X, Tier 4-D-8.

### *Carter Informs Correctional Officers That He Is At Serious Risk Of Harm*

12.     In late August or early September 2019, Carter's cellmate was brought into his cell in handcuffs by Correctional Officers in Division X, Tier 4-D-8.

13.     At or around the time that Carter received the cellmate, Sergeant Fitzgerald told Carter that the cellmate was dangerous, not in his right mind, and that he was only going to be housed with Carter for a short period of time.

14.     Throughout September 2019, Carter's cellmate was often talking to himself and threatening Carter.

15.     On or about September 29, 2019, Carter's cellmate was standing over Carter talking to himself.  Carter inquired what his cellmate talking about, to which the cellmate stated that he would kill Carter and that he did not like Muslims.

16.     Carter, a Muslim, peacefully de-escalated the situation to avoid any physical altercation with his cellmate

17. On September 29, 2019, Carter submitted an Inmate Grievance Form stating his fear for safety in light of his cellmate talking to himself and threatening Carter's safety and well-being. (A copy of this grievance is attached as **Exhibit A**).

18. Per the September 29, 2019 grievance, an individual with the name "McCoy" signed as taking receipt of the grievance on September 30, 2019. *Id*.

19. Above McCoy's signature, the grievance states that "[i]f the inmate grievance is of a serious nature, the superintendent must initiate immediate action."

20. Upon taking receipt of the Inmate Grievance, Social Worker McCoy reviewed the grievance and stated to Carter that "this is jail."

21. At no point prior to the Incident did any Defendants provide Carter with a written response to his September 29, 2019 grievance.

22. At no point prior to the incident did any Defendants move Carter or his cellmate to another cell.

***Carter Is Beaten By His Cellmate In His Holding Cell***

23. On October 16, 2019, at approximately 5:00 a.m., while engaged in Muslim prayer, Carter was brutally beaten by his cellmate.

24. Carter was rushed to John H. Stroger Jr. Hospital of Cook County ("Stroger") for treatment and observation immediately following the Incident.

25. Before being transported to Stroger, none of the Defendants video recorded or photographed Carter's injuries.

26. Carter sustained 8 stitches, swollen eyes, headaches and vision issues, the latter two of which he still suffers from to this day.

27. Following the incident, Carter was prescribed glasses to help with his vision issues as a result of the Incident.

28. Carter remained at Stroger overnight for observation and was returned to the Cook County Jail on October 17, 2019.

***Grievances, Complaints and Jail Responses After The Incident***

29. Immediately following his return from Stroger, Carter remained separated from his cellmate.

30. On October 18, 2019, Carter filed an Inmate Grievance Form alleging the jail's failure to protect him after he filed his September 29, 2019 grievance informing the staff of the threats and concerns relating to his cellmate. (A copy of this grievance is attached as **Exhibit B**).

31. Per the October 18, 2019 grievance, an individual with the name "CRW. M. Pratl" signed as taking receipt of the grievance on that day. *Id*.

32. On October 19, 2019, still having heard no response from Cook County Jail administration, Carter filed another Inmate Grievance Form, again alleging the staff's failure to protect him after he filed his September 29, 2019 grievance informing the staff of the threats and concerns relating to his cellmate. (A copy of this grievance is attached as **Exhibit C**).

33. Per the October 19, 2019 grievance, an individual with the name "CRW. M. Pratl" signed as taking receipt of the grievance on October 21, 2019. *Id*.

34. On October 21, 2019, the Cook County Jail issued a Grievance Appeal Response, for which it states the following:

> R./Dir. Carefully reviewed the various allegations listed in these attached grievance forms. Due to staff attendance and required investigative research, there was a delay in providing a response. R/Dir. Cannot substantiate staff misconduct or unprofessionalism; however, **unintentional human error did occur.**
>
> ***On behalf of the CCSO-DOC, I apologize.***

> R/Dir. Will monitor future CRW and Supervisor compliance with the Inmate Grievance process and issue corrective action if warranted.

(Emphasis added; a copy of the October 21, 2019 Grievance Appeal Response is attached as **Exhibit D**).

35. Also on October 21, 2019, Carter filed a third post-Incident Inmate Grievance Form, again alleging the staff's failure to protect him after he filed his September 29, 2019 grievance informing the staff of the threats and concerns relating to his cellmate. (A copy of this grievance is attached as **Exhibit E**).

36. Per the October 21, 2019 grievance, an individual with the name "CRW. M. Pratl" signed as taking receipt of the grievance on October 22, 2019. *Id.*

37. On October 22, 2019, Cook County Jail issued its Inmate Grievance Response/Appeal Form, for which it rejected Carter's inmate appeal, and held that the "[o]riginal [r]esponse to [s]tand." (A copy of this response is attached as **Exhibit F**).

38. Accordingly, on October 28, 2019, Carter filed a complaint with the Sheriff's Office of Cook County Office of Professional Review Complaint Register against Sergeant Fitzgerald, alleging Cook County Jail's failure to protect Carter from the Incident after he filed his September 29, 2019 grievance informing the staff of the threats and concerns relating to his cellmate. (A copy of this complaint is attached as **Exhibit G**).

39. On November 6, 2019, Carter filed a second complaint with the Sheriff's Office of Cook County Office of Professional Review Complaint Register against one named "McCoy," alleging Cook County Jail's failure to protect Carter from the Incident after he filed his September 29, 2019 grievance informing the staff of the threats and concerns relating to his cellmate. (A copy of this complaint is attached as **Exhibit H**).

**COUNT I**
**(Failure to Protect a Pretrial Detainee in Violation of the Fourteenth Amendment)**

40. Carter herein realleges and incorporates paragraphs 1-38 as if fully set forth in this Count.

41. Correctional officers have a duty to take reasonable steps to protect inmates such as Carter from suffering violence at the hands of other inmates. Unknown Cook County Correctional Officers violated this duty by, among other things:

a. Failing and unreasonably refusing to move Carter or his cellmate to separate cells or tiers after Carter had informed them that his cellmate had threatened to physically harm him;

b. Failing and unreasonably refusing to alert their superiors and those with authority to move Carter or his cellmate to a different tier or cell to the known, serious risk that Carter would be beaten or worse by his cellmate if he remained in the same cell;

c. Knowingly or with reckless indifference failing to timely intervene to stop Carter's cellmate from brutally and savagely beating Carter while he was engaged in Muslim prayer.

42. Cook County Correctional Rehabilitation Workers and Grievance Team Members have a duty to process, investigate and respond to inmate grievances, and to take reasonable steps to protect inmates such as Carter from suffering violence at the hands of other inmates. Unknown Rehabilitation Workers and Grievance Team Members violated this duty by, among other things:

a. Failing and unreasonably processing, investigating and responding to Carter's September 29, 2019 grievance in a timely manner prior to the Incident;

b. Failing and unreasonably refusing to alert their superiors and those with authority to move Carter or his cellmate to a different tier or cell to the known, serious risk that Carter would be beaten or worse by his cellmate if he remained in the same cell;

43. As a result of the misconduct described in this Count, Carter suffered great mental anguish, humiliation, degradation, physical and emotional pain and suffering and consequential damages.

44. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of Carter such that Defendants' actions shock the conscience.

WHEREFORE, Plaintiff Alexander Carter requests:

A. reasonable and appropriate compensatory damages arising from the unlawful and wrongful conduct of Unknown Cook County Correctional Officers, Rehabilitation Workers and Grievance Team Members;

B. punitive damages from these Defendants in an amount to be ascertained at trial;

C. costs, expenses and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and

D. such other relief as this Court deems necessary and proper.

**COUNT II**
**(*Monell* Claim Arising From the Deprivation of Carter's Fourteenth Amendment Rights)**

45. Carter herein realleges and incorporates paragraphs 1-43 as if fully set forth in this Count.

46. Section 1983 permits the imposition of liability on a municipality if a deprivation of constitutional rights is caused by a widespread practice that constitutes a municipal policy or custom.

47. Defendants Cook County and the Sheriff's Office have a widespread, chronic and deeply entrenched practice of, among other things:

a. Understaffing correctional officers and other staff at Cook County Jail;

b. Overcrowding inmates in housing tiers;

c. Insufficiently supervising housing units, including Division X;

d. Failing to provide adequate and timely grievance procedures;

e. Failing to respond or investigate threats of violence made by inmates against other inmates; and

f. Failing to train Correctional Officers, Rehabilitation Workers, Grievance Team Members and other staff on how to investigate or respond to such threats.

48. On information and belief, hundreds of Cook County Jail inmates per year suffer violence at the hands of other inmates as a direct and proximate cause of these widespread practices.

49. The Incident during which Carter was harmed was directly and proximately caused by these widespread practices.

50. As a result of the misconduct described in this Count, Carter suffered great mental anguish, humiliation, degradation, physical and emotional pain and suffering and consequential damages.

51. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of Carter such that Defendants' actions shock the conscience.

WHEREFORE, Plaintiff Alexander Carter requests:

A. reasonable and appropriate compensatory damages arising from the unlawful and wrongful conduct of Cook County and the Sheriff's Office;

B. punitive damages from these Defendants in an amount to be ascertained at trial;

C. costs, expenses and reasonable attorneys' fees pursuant to 42 U.S.C. § 1988; and

D. such other relief as this Court deems necessary and proper.

**COUNT III**
**(Indemnification)**

52. Carter herein realleges and incorporates paragraphs 1-50 as if fully set forth in this Count.

53. Pursuant to 745 Ill. Comp. Stat. 10/9-102, Defendant Cook County is empowered and directed to pay any tort judgment for compensatory damages, as well as any associated attorneys' fees and costs, for which it, the Sheriff's Office or their employees while acting within the scope of their employment are found liable. Therefore, in the event a judgment for compensatory damages is entered against Unknown Cook County Correctional Officers, Rehabilitation Workers and Grievance Team Members, the court should direct Defendant Cook County to pay the judgment as well as the associated attorneys' fees and costs.

WHEREFORE, Plaintiff Alexander Carter requests the Court to order Cook County to pay any judgment for compensatory damages and any associated attorneys' fees and costs for which the individual defendants are found liable.

**DATED: September 25, 2020**                    Respectfully submitted,

                                                 Alexander Carter


                                                 By: */s/ David S. Baffa*
                                                     One of Its Attorneys

David S. Baffa
dbaffa@seyfarth.com
Paul J. Yovanic Jr.
pyovanic@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

# EXHIBIT A

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 22 of 39 PageID #:1

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: Security that [illegible]

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de Identificación del Preso) |
|---|---|---|
| Al Carter | Alexander | 2017041823[illegible] |
| **DIVISION** (División): | **LIVING UNIT** (Unidad): | **DATE** (Fecha): |
| 10 | 4-D-8 | 9-29-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 9-29-19 | 11pm | Div10-4-D-8 | Sgt Fitzgerald Cook County Sheriff |

I am writting A Complaint on Security housing ment of Detainee need to be in ELgin ment Detention center me in my Cell mate is not getting Along he also send threated to injure him Self I don't trusted this Detainee he have A mental problem this Sgt told me I will not be housing with him this is A Security issue I fear for my Safety and if we get into fight I am going to Press Charges on Security not him because

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| | Alexander Carter |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| M Cu | [signature] | 9-30-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 23 of 39 PageID #:1

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

2

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance
☐ Cermak Health Services
☐ Superintendent: ______
☐ Other: Security Staff Misconduct

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso): |
|---|---|---|
| Carter | Alexander | 2017041822 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 10 | 4-D-8 | 9-29-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de proteccion para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 9-29-19 | 11 pm | Div 10-4-D-8 | First Fitzgerald Sgt Cook County Sheriff |

he is not in his right state of mind this Chairmont Thomas J Dart Dont care they should not be with Detainees that got senses I Cant get know sleep talking to him self and also threatening me what he is going to do said something About the light I been locked up 27 months never had A Cell mate problem asking remove me or him thats relief I have Alot of medical in Juries Lower fraction back hernia and heart problem Asmith Security

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| | Alexander Carter |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| M.R.C.W | [signature] | 9-30-19 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# EXHIBIT B

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 28 of 39 PageID #:28

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

OPR

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

080 - FAILURE TO PROTECT CID Notified 2019X11105
10-18-19

- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del Preso) |
|---|---|---|
| Carter | [illegible] | [illegible] |
| **DIVISION** (División): | **LIVING UNIT** (Unidad): | **DATE** (Fecha): |
| 2 | Dorm 2 10 | 10-18-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 10-16-19 | 5:20 am | Div 10 - 4 - 08 cell | 11 to 7 shift Sheriff New you worker |

I am writting A complaint on Cook County Sheriffs Failed to protected me I was in jury doing my prayer in the morning on my knees when my cell snap out and started beating me Nocked me out I was send two out side strager from Cermak recived cuts over both eyes 8 stiches above swollen head injuries also he is mental illness talking to him self also had told security sgt Fitzgerald

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW. M. Pratl | CRW M. Pratl | 10-18-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de Identificación del Preso) |
|---|---|---|
| Carter | Alexander | 20190418233 |
| **DIVISION** (División): | **LIVING UNIT** (Unidad): | **DATE** (Fecha): |
| 10 | Dorm 1 2-D | 10-18-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibió no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificacion del Acusado) |
|---|---|---|---|
| 10-16-19 | 5:30am | Div10-4-D 8 | Sheriff New |

about the Safety of protecting me AS A Detainee talk two other Staff Sheriff Flores had the 90 ON 4-D and wrote A concern two security was threated once by Detainee asks them to move me or him was gave to Social worker Mc Coy 9-29-19 three witness Div 10 Staff I wrote I receive threats Battery From my cellmate Did not protect me I was blooded send out Emergency Should not put crazy Detainee mental-p[illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW M. Pratt | M. Pratt | 10-18-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 30 of 39 PageID #:1

COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

( THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ) *(¡ Para ser llenado sólo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☑ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del Preso)*: |
|---|---|---|
| Carter | Alexander | 2019[illegible] |
| DIVISION *(Division)*: 2 | LIVING UNIT *(Unidad)*: Dorm 2 C | DATE *(Fecha)*: 10-18-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-16-19 | 5:30 am | Div 10-4-D8 | Shift SHERIFF 11-7 |

with Detainees got sense I fear for my safety the whole time I was in the cell tried to get out they would not move me talking about Class ification Now I got Hurt real Bad check medical File and the CAMERA ON TIER and Hallway inside when NURS rapd me up bleeding so much I also had wrote A GRIEVANCE ON Sgt Fitzgerald because he New put him in the cell he is the Blame

| NAME OF STAFF OR INMATE (S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| | Alexander Carter |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW M. Pratl | M. Pratl | 10-18-19 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# EXHIBIT C

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 27 of 39 PageID #:1

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____
- ☐ Other: ____

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación de Preso) |
|---|---|---|
| Cowley [handwritten, faint] | Alexander [handwritten, faint] | [illegible] |
| **DIVISION (División):** 2 | **LIVING UNIT (Unidad):** [illegible] | **DATE (Fecha):** 10-19-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un numero de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la carcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Especifico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 10/6/19 | [illegible] | Division 10 [illegible] | [illegible] |

[Handwritten complaint, largely illegible:] I am filing a complaint on Supt. of Cook County Jail Divi 10 Security [illegible] ... failed to keep me safe being I have a mental illness ... and staff had me ... Duty ... Fitzgerald ... Sheriff ... and asks to be move out of the ... I wasn't ... grievance ... this happened ...

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT (Nombre de Personal o presos que tengan información:) | INMATE SIGNATURE: (Firma del Preso): |
|---|---|
| | [signature] |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| CRW M. Pratt | M. Pratt | 10-21-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☒ Superintendent: ______
- ☐ Other: ______

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| [illegible] | [illegible] | [illegible] |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| [illegible] | [illegible] | Divio 9 [illegible] | Superintendent [illegible] |

they Did not protect me I was beating [illegible] [illegible] [illegible] out side [illegible] also [illegible] Complaining About my [illegible] [illegible] Davis [illegible] Cook County Jail [illegible] [illegible] put [illegible] 9-23-19 and [illegible] sheriff [illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| | [signature] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| CRW M. Pratt | [signature] | 10-21-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

# EXHIBIT D

# GRIEVANCE APPEAL RESPONSE 2019X09605

ALEXANDER CARTER 2017-0418233

- R./Dir. carefully reviewed the various allegations listed in these attached grievance forms. Due to staff attendance and required investigative research, there was a delay in providing a response. R/Dir. cannot substantiate staff misconduct or unprofessionalism; however, unintentional human error did occur.

  ***On behalf of the CCSO-DOC, I apologize .***

- R/Dir. will monitor future CRW and Supervisor compliance with the Inmate Grievance process and issue corrective action if warranted.

cc: file

10/21/19



# EXHIBIT E

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

*(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ______
- ☐ Other: ______

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| **DIVISION** *(División)*: 2 | **LIVING UNIT** *(Unidad)*: [illegible] | **DATE** *(Fecha)*: [illegible] |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso, O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 10-16-19 | 530 am | Div 10 1-D-8 | Amanda Gallegos Ex[illegible] Director |

I [illegible] A[illegible] [illegible] Cook County [illegible] RIS [illegible] detainee in this Jail I have [illegible] out before I was [illegible] out [illegible] hospital [illegible] wrote grievance and [illegible] Cook County [illegible]

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| [illegible] | [illegible] |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW M. Pratt | CRW M. Pratt | 10-22-19. |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 26 of 39 PageID #:1

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: ____________
- ☐ Other: ____________

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de Identificación del Preso)*: |
|---|---|---|
| Carter | Alexander | [illegible] |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 2 | D 2 C | 10-21-19 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.**

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Especifico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusada)* |
|---|---|---|---|
| 10-16-19 | 5:30 am | Div 10 / D-8 | Director Amanda Gallegos |

On [illegible] putting with mental health patient all that have to change every one is not in the same classification being around crazy detainees this is a Jail we all don't know what we are doing its just about money when it comes to people the board president Toni [illegible] need to come and walk around see how this Jail being ran [illegible] had wrote [illegible] to remove Don't ever wanted to go back Div 10

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| [illegible] | Alexander Carter |

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| CRW M. Pratt | M. Pratt | 10-22-19 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | |

# EXHIBIT F

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 21 of 39 PageID #:1

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2019x11105 | 763527 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| CARTER | ALEXANDER | 2017-0418233 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 080 - FAILURE TO PROTECT

IMMEDIATE CRW RESPONSE (If applicable): CIID Notified

CRW/ REFERRED THIS GRIEVANCE TO ( *Example:* Superintendent, Cermak Health Services ): OPR-IS

DATE REFERRED: 10/18/19

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

SEE ATTACHED

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Supv L Fenderson | [signature] | IS Admin | 10/18/19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

| INMATE SIGNATURE *(Firma del Preso)*: | DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| Alexander Carter | 10/18/19 |

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 10/18/19

Sgt Fitz [illegible] ... when my cellmate was threat, we ask security and gave grievance to social worker ... was attacked ... on the floor ... outside ... hospital

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Sí)* ☐ No ☐ [circled]
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Original Response to Stand

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a))*: | DATE *(Fecha)*: |
|---|---|---|
| J Mueller | [signature] | 10/22/19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| [illegible] | ___/___/___ |

(FCN-72) (NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – C.R.W.) (PINK COPY – INMATE)

# EXHIBIT G

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 15 of 39 PageID #:1

turn over

# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

Alexander Carter

**Complainant Information**

| NAME (Last, First, M.I.): Alexander Carter | AGE: 48 | DATE OF BIRTH: 1-24-71 | HOME #: |
|---|---|---|---|
| HOME ADDRESS: 6304 S Throop | CITY: Chicago | | WORK/OTHER #: |
| STATE: Illinois | ZIP CODE: 60636 | STATE I.D./D.L. #: | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

DATE OF INCIDENT: 9-30-19 in 10-16-19

TIME OF INCIDENT: 9 am in 530 am

LOCATION OF INCIDENT: Div 10-4-D-cell 8

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Duty Sgt Fitzgerald ask whit heavy set big glasse on eyes

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☑ YES ☐ NO

IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Social Worker | Div 10 | |
| mr. Coy staffs | Staff Cook | |
| Shari Effs Florese | Div 10 Staffs Cook | |
| Chris christoo Davis | Div 10 4-D-19 cell Detainee | |
| LaShawn Holinworth | Div 10 4-D-16 cell Detainee | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

told socail worker mc coy give her GRIEVANCE EMERGENCY safety was threated 9-30-19 and talk to this Sgt told him I was threated wanted to be mover Fear also Wing TIER SHERIFFs Florese SHERIFF Failed to keep me in told me he would Not move so I wake up @ morning praying was A tack in beating send out side hospital stiches 8 swollen face because security did not care the Detainee was A mental person talking to Him self all the time snapping asking Look at the Camera sheriff open Door [illegible] out [illegible] blood 10-16-19 walk elevator and Down Nurs [illegible] send cermak Went Stroger 24 Hour xray bone scan head ack ☐ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ____________ RECEIVED BY: ____________

IAD/IG #: ____________

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 16 of 39 PageID #:1

**Complaint Narrative (Continued)**

Was rush bleeding Noise swollen head received For Stiches Above both eyes I was praying ON my kNees I am muslim Did Not have a chance Did Not have Shoes ON my Feet and kept trying to get both Sheriffs two move me Florse and the sgt Fitzgerald I also had wrote Supt Walsh trying to get Classification I was Kop was receiving Nurs meds my OWN person I tried to get out KNOW ONE Care and I put IN that GRIEVANCE as AMERGENCY MCCoy told me today got it back 10-24-19 and Appeal it security put me at Risk wanted me to get hurt New that guy was A mental patient talking two Him Self Like he be here hear voice I been Lock up 31 months Never had A Fight with KNOW Detainee I am already Face time I Stay to my Self its ON OWN Security and SOCIAL worker MCCoy Did Not process my GRIEVANCE Security I was hurt bad

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

I have read this statement that I have voluntarily made, consisting of ____ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. Alexander Carter
(Print Name)

Complainant's Signature: [signature] Date: 10-28-19

State of Illinois )
County of Cook )

Signed and sworn to before me on 10-28-19 by [signature]
(name of person making statement)

(notary seal) "OFFICIAL SEAL" S WINSTON Notary Public, State of Illinois My Commission Expires 8/30/2021

[signature]
(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Covering For Staff to Never heard Send copies here To Them I have copies send them

Please mail your completed, signed and notarized, complaint form to:

Cook County Sheriff's Office of Professional Review
3026 S. California
Chicago, IL. 60608

# EXHIBIT H

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 17 of 39 PageID #:1

turn over

**SHERIFF'S OFFICE OF COOK COUNTY**
**OFFICE OF PROFESSIONAL REVIEW**
**COMPLAINT REGISTER**

Alexander Carter

**Complainant Information**

| NAME (Last, First, M.I.): | AGE: | DATE OF BIRTH: | HOME #: |
|---|---|---|---|
| Alexander Carter | 48 | 1-24-71 | |

| HOME ADDRESS: | CITY: | WORK/OTHER #: |
|---|---|---|
| 6344 S Throop | Chicago | |

| STATE: | ZIP CODE: | STATE I.D./D.L. #: | STATE OF ISSUANCE: |
|---|---|---|---|
| Illinois | 60636 | 20170818223 | |

**I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.**

**Complainant Information**

**DATE OF INCIDENT:** 9-30-19

**TIME OF INCIDENT:** 9:30 am

**LOCATION OF INCIDENT:** Div 10 4-D-cell 8

**PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:**

Black Social worker cook county Staff
mc Coy

**Witnesses**

**ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION?** ☒ YES ☐ NO
**IF YES, PROVIDE CONTACT INFORMATION.**

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Sgt Fitzgerald Sheriff | Div 10 2650 S California | |
| Sgt Fitzgerald Sheriff | | |
| Flores Sheriff | Div 10 | |
| Lashawn Hollingsworth | Detainee 4-D-16 | |
| Chris Davis | Detainee 4-D-19 | |

**Narrative**

**PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.**

On this Date 9-30-19 ask this c Social worker to take my GRIEVANCE ha head Security because I fear for my safty also was giving her requesting for Classification to move to Another Div told her my Cell mate threated me and I was not Safe she said would take it but reply to me this Jail my care not Cell mate was talking to him Self having Conversation we had Some words once then wasnt Say anything so at Five am 530am I was praying on my knee he Just blink out and start beating me and knock me out beat me in my face I receive 8 Stiches eye and forHead was swollen up still be having head ache

☐ **CONTINUED ON REVERSE**

care

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ______________ RECEIVED BY: ______________

IAD/IG #: ______________

Case: 1:19-cv-08409 Document #: 1 Filed: 12/20/19 Page 18 of 39 PageID #:1

**Complaint Narrative (Continued)**

I did not have A chance to Defend I crawl out the cell on my knees I have Alot of Health problems Lower back Fraction and hernia and Nee Joint swollen I also think my nose broke waiting on xray from Dr I wasnt praying for A whole time fear for my safety this guy was Crazy also Asks the TIER Detainees if it wasnt for Davis Chris 4-D-6019 out his Cell for Court he is the one got the Sheriff was work 11-7 - asking Call them as my witness what I was going through I stay in their because thought Security was going to move me I been Locked up 31 months here Never had A Fight with A Detainee or Cell problems Check my File I am Humble trying to stay out the way I am already Fighting Drumer so Security and Social worker mcCoy Did not give me their services they have on the tier wall to Keep any Detainee out of Dangerous I was threated put in the GRIEVANCE I wrote Fitzgerald up both failed to protect me

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

I have read this statement that I have voluntarily made, consisting of ____ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. Alexander Carter
(Print Name)

Complainant's Signature: Alexander Carter Date: 11-6-19

State of Illinois )
County of Cook )

Signed and sworn to before me on 11-6-19 (date) by Alexander Carter (name of person making statement)

OFFICIAL SEAL
G REID
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES [illegible]
(notary seal)

G Reid 11-8-19
(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Covering for staffs

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608

Was send two them

Never Reply back sending u all A Copy